UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| In re:<br>David William Ingram<br><br>Debtor(s) | Case No. 18-50787-JPS |

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Camille Hope, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 04/27/2018.

2) The plan was confirmed on 10/25/2018.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 07/08/2019, 07/10/2019, 10/22/2019.

5) The case was dismissed on 12/03/2019.

6) Number of months from filing or conversion to last payment: 16.

7) Number of months case was pending: 20.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $26,760.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $10,772.00 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$10,772.00** |

**Expenses of Administration:**

| | | |
|---|---:|---:|
| Attorney's Fees Paid Through the Plan | $1,786.69 | |
| Court Costs | $0.00 | |
| Trustee Expenses & Compensation | $447.03 | |
| Other | $0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | **$2,233.72** |

Attorney fees paid and disclosed by debtor:   $718.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ASHLEY FUNDING SERVICES, LLC | Unsecured | 40.37 | NA | NA | 0.00 | 0.00 |
| CALIBER HOME LOANS, INC. | Secured | 68,000.00 | 22,000.00 | 22,000.00 | 7,189.69 | 1,009.41 |
| CALIBER HOME LOANS, INC. | Secured | 1,082.00 | 1,082.00 | 1,082.00 | 0.00 | 0.00 |
| CALIBER HOME LOANS, INC. | Unsecured | NA | 46,672.81 | 46,672.81 | 0.00 | 0.00 |
| CALIBER HOME LOANS, INC. | Secured | NA | 193.68 | 193.68 | 0.00 | 0.00 |
| CALIBER HOME LOANS, INC. | Secured | NA | 0.00 | 0.00 | 0.00 | 0.00 |
| CALIBER HOME LOANS, INC. | Secured | NA | 1,187.00 | 1,187.00 | 0.00 | 0.00 |
| Central Financial Control | Unsecured | 96.00 | NA | NA | 0.00 | 0.00 |
| Directtv | Unsecured | 616.68 | NA | NA | 0.00 | 0.00 |
| DISH NETWORK | Unsecured | 405.00 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING, LLC | Unsecured | 1,589.77 | 1,269.32 | 1,269.32 | 0.00 | 0.00 |
| LVNV FUNDING, LLC | Unsecured | NA | 1,313.87 | 1,313.87 | 0.00 | 0.00 |
| LVNV FUNDING, LLC | Unsecured | NA | 691.77 | 691.77 | 0.00 | 0.00 |
| LVNV FUNDING, LLC | Unsecured | NA | 707.42 | 707.42 | 0.00 | 0.00 |
| NPRTO Georgia, LLC | Unsecured | 589.74 | 1,563.66 | 1,563.66 | 0.00 | 0.00 |
| Piedmont Henry Hospital | Unsecured | 108.00 | NA | NA | 0.00 | 0.00 |
| Progessive Furniture Leasing | Secured | 400.00 | 350.00 | 350.00 | 333.92 | 5.26 |
| QUANTUM3 GROUP LLC | Unsecured | 559.48 | NA | NA | 0.00 | 0.00 |
| SFC-CENTRAL BANKRUPTCY & REC( | Unsecured | 810.32 | 900.00 | 900.00 | 0.00 | 0.00 |
| WORLD ACCEPTANCE | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $24,812.68 | $7,523.61 | $1,014.67 |
| **TOTAL SECURED:** | **$24,812.68** | **$7,523.61** | **$1,014.67** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$53,118.85** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $2,233.72 |
| Disbursements to Creditors | $8,538.28 |
| **TOTAL DISBURSEMENTS:** | **$10,772.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 12/13/2019                    By: /s/ Camille Hope
                                              Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| **IN RE:**<br><br>David William Ingram<br>138 Talmadge Rd<br>Barnesville, GA 30204 | **CHAPTER 13**<br><br>**CASE NO:** 18-50787-JPS<br><br>**ATTORNEY:** EMMETT L GOODMAN JR LLC |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of this Final Report has been served on the debtor's attorney via electronic notice, and mailed postage prepaid to the debtor at their address shown below.

<u>Via Electronic Notice:</u>  EMMETT L GOODMAN JR LLC


<u>Via U.S. Mail:</u>  David William Ingram
138 Talmadge Rd
Barnesville, GA 30204


**DATED:** December 13, 2019          /s/ Camille Hope
_____
**Camille Hope**
**MIDDLE DISTRICT OF GA**
P.O. BOX 954
MACON, GA 31202-0954
(478)742-8706

UST Form 101-13-FR-S (09/01/2009)